**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 20-10747-TPA |
| | : | |
| Robert Osiecki, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated March 3, 2021 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated March 2, 2021* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated March 4, 2021

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

Robert Osiecki
11201 Fry Road
Edinboro, PA 16412

120 Corporate Blvd Ste 100
Norfolk, VA 23502

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

Bayfront
915 East 26th
Erie, PA 16504

Cb Indigo/gf
Po Box 4499
Beaverton, OR 97076

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Edfinancial Services L
120 N Seven Oaks Drive
Knoxville, TN 37922

Erie Fcu
3503 Peach St
Erie, PA 16508

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Holiday Financial Serv
715 W 38th St
Erie, PA 16508

Kohls/capone
Po Box 3115
Milwaukee, WI 53201

Onemain
Po Box 1010
Evansville, IN 47706

Portfolio Recov Assoc