IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-10747-TPA |
| Robert Osiecki ) | |
| ) | |
| ) | Chapter 13 |
| Debtor ) | Document No. _____ |
| ) | Related to Document No. 53 |

### CONSENT ORDER MODIFYING JUNE 25, 2021 ORDER

AND NOW, this _____ day of _____, 2021, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated June 25, 2021 it is

ORDERED that Part "A.3." be amended to remove the following: PNC Bank Cl#5-2 will be paid $20448.24 at 4% interest with the payment to be determined by the Trustee as well as a non-interest bearing portion of $47919.13 and on-going escrow payments per all post-petition fee and payment change notices. It is further

ORDERED that Part "A.3." be amended to add the following: Northwest Bank (Claim #5-2) shall be paid $20,448.24 at 4% interest with payments determined by the Trustee and ongoing escrow payments paid per all payment change notices of record.  It is further

ORDERED that Part "A." be amended to add the following: 4. PNC Bank (Claim #11) shall be paid per the Plan.

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The June 25, 2021 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire (PA I.D. #85229)
Attorney for debtor
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh PA 15235
412-235-1721
ecf@westernpabankruptcy.com

/s/ Maria D. Miksich
Maria D. Miksich, Esquire
Attorney for PNC Bank
KML Law Group, P.C.
701 Market Street, Ste 5000
Philadelphia, PA  19106
412-430-3589
mmiksich@kmllawgroup.com

<u>/s/ Kurt L. Sundberg</u>
Kurt L. Sundberg, Esquire
Attorney for Northwest Bank
Marsh Schaaf, LLP
300 State Street, Suite 300
Erie, PA  16507
814-456-5301
KSundberg@marshlaw.com