## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-10747-TPA |
| Robert Osiecki | ) |
| | ) |
| | ) Chapter 13 |
| Debtor | ) |
| | ) Related to Document Nos. 53, 55 |

### CONSENT ORDER MODIFYING JUNE 25, 2021 ORDER

AND NOW, this 16th day of August, 2021, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated June 25, 2021 it is

ORDERED that Part "A.3." be amended to remove the following: PNC Bank Cl#5-2 will be paid $20448.24 at 4% interest with the payment to be determined by the Trustee as well as a non-interest bearing portion of $47919.13 and on-going escrow payments per all post-petition fee and payment change notices. It is further

ORDERED that Part "A.3." be amended to add the following: Northwest Bank (Claim #5-2) shall be paid $20,448.24 at 4% interest with payments determined by the Trustee and ongoing escrow payments paid per all payment change notices of record. It is further

ORDERED that Part "A." be amended to add the following: 4. PNC Bank (Claim #11) shall be paid per the Plan.

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The June 25, 2021 order otherwise remains in full force and effect.

BY THE COURT:

_____ asg
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire (PA I.D. #85229)
Attorney for debtor
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh PA 15235
412-235-1721
ecf@westernpabankruptcy.com

/s/ Maria D. Miksich
Maria D. Miksich, Esquire
Attorney for PNC Bank
KML Law Group, P.C.
701 Market Street, Ste 5000
Philadelphia, PA  19106
412-430-3589
mmiksich@kmllawgroup.com

<u>/s/ Kurt L. Sundberg</u>
Kurt L. Sundberg, Esquire
Attorney for Northwest Bank
Marsh Schaaf, LLP
300 State Street, Suite 300
Erie, PA  16507
814-456-5301
KSundberg@marshlaw.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10747-TPA |
| Robert Osiecki | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 1 of 3 |
| Date Rcvd: Aug 16, 2021 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Osiecki, 11201 Fry Road, Edinboro, PA 16412-1071 |
| 15307857 | + | Bayfront, 915 East 26th, Erie, PA 16504-2901 |
| 15311580 | + | ERIE FEDERAL CREDIT UNION, 3503 PEACH ST, ERIE, PA 16508-2741 |
| 15307860 | + | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15327524 | + | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 15307861 | + | Erie Fcu, 3503 Peach St, Erie, PA 16508-2741 |
| 15307863 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15307864 | + | Holiday Financial Serv, 715 W 38th St, Erie, PA 16508-2626 |
| 15315870 | + | NORTHWEST BANK, PO Box 337, Warren, PA 16365-0337 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 16 2021 23:44:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15307858 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 16 2021 23:31:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15307859 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 16 2021 23:44:42 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15307865 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 16 2021 23:30:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15313259 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 16 2021 23:44:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15315869 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 16 2021 23:44:41 | Merrick Bank, Resurgent Capital, PO Box 10368, Greenville, SC 29603-0368 |
| 15317904 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 16 2021 23:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15323068 | | Email/PDF: cbp@onemainfinancial.com | Aug 16 2021 23:44:41 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15307866 | + | Email/PDF: cbp@onemainfinancial.com | Aug 16 2021 23:44:45 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15315873 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 16 2021 23:30:00 | PNC Bank, P.O. Box 94982, Cleveland, OH 44101 |
| 15329199 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 16 2021 23:30:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15326381 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2021 23:44:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15307867 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2021 23:44:51 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15324819 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

|          |                                                    | Aug 16 2021 23:30:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15315875 | Email/Text: bnc-quantum@quantum3group.com          | Aug 16 2021 23:30:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15311304 | Email/Text: bnc-quantum@quantum3group.com          | Aug 16 2021 23:30:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15308062 | + Email/PDF: gecsedi@recoverycorp.com              | Aug 16 2021 23:44:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15326653 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM          | Aug 16 2021 23:44:42 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PNC BANK, NATIONAL ASSOCIATION |
| 15315866 |  | First Premier Bank, 601 S Minnesota Avenue, SD 57204 |
| 15307862 |  | First Premier Bank |
| cr | *+ | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 15315861 | *+ | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 15315862 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15315863 | *+ | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15315864 | *+ | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15315865 | *+ | Erie Fcu, 3503 Peach St, Erie, PA 16508-2741 |
| 15315867 | *+ | Holiday Financial Serv, 715 W 38th St, Erie, PA 16508-2626 |
| 15315868 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15315871 | *+ | NORTHWEST BANK, PO Box 337, Warren, PA 16365-0337 |
| 15315872 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15315874 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |

TOTAL: 3 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021             Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank AAbreu@nwbcorp.com  Angela.Abreu@northwest.com |

| District/off: 0315-1 | User: mgut | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2021 | Form ID: pdf900 | Total Noticed: 27 |

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Kurt L. Sundberg
    on behalf of Creditor Northwest Bank jrizzo@marshspaeder.com tsapper@marshlaw.com;r48049@notify.bestcase.com

Lawrence W. Willis
    on behalf of Debtor Robert Osiecki ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7