Case 20-10747-TPA   Doc 71   Filed 10/22/21   Entered 10/23/21 00:29:17   Desc Imaged
Certificate of Notice   Page 1 of 4

FILED
10/20/21 9:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Case No. 20-10747-TPA |
|     **Robert Osiecki,** | : | |
| | : | **Chapter 13** |
|     **Debtor** | : | |
| | : | |
| **Robert Osiecki,** | : | |
| | : | |
|     **Movant** | : | |
| | : | |
| vs. | : | |
| | : | **Related to Document No. 66** |
| **PID LLC** | : | |
| **600 N. Hurstbourne Parkway** | : | |
| **Suite 400** | : | |
| **Louisville, KY 40222** | : | |
| **Attn: Payroll Manager** | : | |
| | : | |
|     **Respondent** | : | |
| | : | |
| and | : | **Filed Under Local Bankruptcy** |
| | : | **Rule 9013.4 Para. 6(c)** |
| **Ronda J. Winnecour, Trustee,** | : | |
|     **Additional Respondent** | : | |
| | : | |
| **Social Security No. xxx-xx-1048** | : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    The above-named Debtor(s), having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan

    IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

        **PID LLC**
        **600 N. Hurstbourne Parkway**
        **Suite 400**
        **Louisville, KY 40222**

shall deduct from said income the sum of Nine Hundred Forty Five Dollars ($94500) bi-weekly (each pay period) beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits

payable to the Debtor, and shall remit the deducted sums ON  AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR, ESQ.
CHAPTER 13 TRUSTEE, W.D. PA
POB 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Lawrence W Willis, Esquire, Willis & Associates, 201 Penn Center Boulevard, Suite 310, Pittsburgh, PA  15235, (412) 825-5170, if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the **Notification of Debtor's Social Security Number**, Local Form No. 12, that includes the debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FUTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this 20th day of October, 2021.

_asg_

Thomas P. Agresti
US Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10747-TPA |
| Robert Osiecki | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 1 of 2 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

**Recip ID        Recipient Name and Address**
db            + Robert Osiecki, 11201 Fry Road, Edinboro, PA 16412-1071

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 22, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank AAbreu@nwbcorp.com Angela.Abreu@northwest.com |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Kurt L. Sundberg | on behalf of Creditor Northwest Bank jrizzo@marshspaeder.com tsapper@marshlaw.com;r48049@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Robert Osiecki ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1                          User: culy                                         Page 2 of 2
Date Rcvd: Oct 20, 2021                       Form ID: pdf900                                    Total Noticed: 1

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

TOTAL: 7