Case 20-10747-TPA    Doc 76    Filed 01/13/22    Entered 01/13/22 11:38:20    Desc Main
Document    Page 1 of 1

FILED
1/13/22 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT OSIECKI            :   Case No. 20-10747-TPA
    *Debtor(s)*            :   Chapter 13
                                  :   Related to Clm.. No. 5

## ORDER

        ***AND NOW***, this **13th** day of ***January, 2022***, a ***Notice of Postpetition Mortgage Fees, Expenses and Charges*** ("*Notice*") having been filed by ***Northwest Bank*** regarding Claim No. 5, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore ***ORDERED, ADJUDGED and DECREED*** that:

        (1)    There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtor(s) to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

        (2)    ***On or before February 1, 2022,*** unless the Trustee first acts pursuant to Paragraph 3, the Debtor(s) shall file either:

        (a)    An ***AMENDED CHAPTER 13 PLAN;***
        (b)    A ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice*; or
        (c)    A ***MOTION OBJECTING*** to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

        (3)    ***On or before February 1, 2022,*** the Trustee, or other party in interest, may file a ***Motion*** objecting to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

        (4)    ***The failure of either the Debtor(s), the Trustee, or other party in interest to timely file a Motion objecting to the Notice*** shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, ***provided however***, that no payment thereon will be implemented by the Trustee until such time as Debtor(s) files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

        */s/ Thomas P. Agresti*    asg
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
Debtor
Debtor's Counsel
Claimant's Counsel