IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Robert Osiecki, | : | Case No. 20-10747-TPA |
| | : | |
| | : | Chapter 13 |
| Debtor | : | |

******************************************************************************

| | | |
|---|---|---|
| Robert Osiecki, | : | |
| | : | |
| | : | Related to Docket No. 81 |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |
| | : | |

******************************************************************************

### ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the [MOTION OF THE DEBTOR FOR POSTPETITION FINANCING] [Dkt. No. 81] ("Motion") filed by Debtor on February 22, 2022. The motion was filed as a Consent Motion. Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion at Docket Number 81 is **GRANTED** as provided by the terms of this Order. Debtor is authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    (a) The total amount of financing **shall not exceed $25,000.00;** and

    (b) The monthly payments made under the financing agreement **shall not exceed $450.00.**

    (c) The interest rate **shall not exceed 20%.**

2. To the extent that the Debtor secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtor shall file:

    (a) An amended chapter 13 plan; and

    (b) A report of financing, including details of automobile, if applicable.

3. To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4. Upon the filing of the report of financing, including details of automobile, if applicable, the chapter 13 trustee is authorized to cease making payments to the prepetition automobile lender, on the account (Onemain), if applicable. Pending confirmation of any amended plan providing for the new postpetition loan payments, the trustee is authorized to make monthly adequate protection payments for the contract amount so long as sufficient supplemental funds are provided by the Debtor.

5. Notwithstanding the inclusion of the post-petition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the creditor.

6. Debtor shall serve copies of this Order on all creditors eligible to receive distributions through the chapter 13 plan and filed proof of the same with the Court.

Prepared by: Lawrence W. Willis, Esquire

Dated: February 22, 2022

BY THE COURT:

_____
Thomas P. Agresti,
United States Bankruptcy Judge

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10747-TPA |
| Robert Osiecki | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

**Recip ID         Recipient Name and Address**
db              + Robert Osiecki, 11201 Fry Road, Edinboro, PA 16412-1071

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:**

**Name**                              **Email Address**

Angela Sheffler Abreu
                                      on behalf of Creditor Northwest Bank AAbreu@nwbcorp.com Angela.Abreu@northwest.com

Brian Nicholas
                                      on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Kurt L. Sundberg
                                      on behalf of Creditor Northwest Bank jrizzo@marshspaeder.com tsapper@marshlaw.com;r48049@notify.bestcase.com

Lawrence W. Willis
                                      on behalf of Debtor Robert Osiecki ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maria Miksich
                                      on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
                                      ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Feb 22, 2022 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 7