# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 20-10747-CMB |
| | : | |
| Robert Osiecki, | : | Chapter 13 |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Lawrence Willis, Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated **February 24, 2023,** together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**PID LLC**
**600 N. Hurstbourne Parkway**
**Suite 400**
**Louisville, KY 40222**
**Attn: Payroll Manager**

**Robert Osiecki**
**11201 Fry Road**
**Edinboro, PA 16412**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.


Executed on: February 25, 2023

/s/ Lawrence W Willis, Esquire
Lawrence W. Willis
PA ID 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@urfreshstrt.com