**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ROBERT OSIECKI | Case No.:20-10747 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/06/2020 and confirmed on 01/14/2021. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,588.20 |
| Less Refunds to Debtor | 14.93 | |
| TOTAL AMOUNT OF PLAN FUND | | 54,573.27 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,972.88 | |
|   Trustee Fee | 2,186.16 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,159.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 206.20 | 206.20 | 60.72 | 266.92 |
|   Acct: 3190 | | | | |
| NORTHWEST BANK FKA NORTHWEST SA | 20,448.24 | 8,369.04 | 1,686.65 | 10,055.69 |
|   Acct: 7840 | | | | |
| PNC BANK NA | 47,519.13 | 20,086.35 | 3,824.49 | 23,910.84 |
|   Acct: 1895 | | | | |
| | | | | 34,233.45 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ROBERT OSIECKI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ROBERT OSIECKI | 14.93 | 14.93 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,000.00 | 2,972.88 | 0.00 | 0.00 |
|   Acct: | | | | |

| 20-10747 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | LAWRENCE W WILLIS ESQ | 2,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX1-21 | | | | |
| | LAWRENCE W WILLIS ESQ | 5,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX4-23 | | | | |
| | NORTHWEST BANK FKA NORTHWEST SA | 0.00 | 10,059.77 | 0.00 | 10,059.77 |
| | Acct: 7840 | | | | |
| | NORTHWEST BANK FKA NORTHWEST SA | 1,455.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7840 | | | | |
| | NORTHWEST BANK FKA NORTHWEST SA | 972.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 7840 | | | | |
| | NORTHWEST BANK FKA NORTHWEST SA | 1,850.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 7840 | | | | |
| | NORTHWEST BANK FKA NORTHWEST SA | 1,613.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7840 | | | | |
| | NORTHWEST BANK FKA NORTHWEST SA | 972.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 7840 | | | | |
| | CREDIT ACCEPTANCE CORP* | 0.00 | 5,121.01 | 0.00 | 5,121.01 |
| | Acct: | | | | |
| | NORTHWEST BANK FKA NORTHWEST SA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7840 | | | | |
| | NORTHWEST BANK FKA NORTHWEST SA | 1,651.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7840 | | | | |
| | NORTHWEST BANK FKA NORTHWEST SA | 972.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 7840 | | | | |
| | NORTHWEST BANK FKA NORTHWEST SA | 2,024.94 | 0.00 | 0.00 | 0.00 |
| | Acct: 7840 | | | | |
| | | | | | 15,180.78 |
| Unsecured | | | | | |
| | INDIGO CREDIT CARD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3328 | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3336 | | | | |
| | EDFINANCIAL O/B/O US DEPARTMENT OF | 7,676.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 1048 | | | | |
| | EDFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5149 | | | | |
| | ERIE FEDERAL CREDIT UNION(*) | 137.43 | 0.00 | 0.00 | 0.00 |
| | Acct: 3990 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 1,004.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 4507 | | | | |
| | HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6303 | | | | |
| | KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4856 | | | | |
| | MERRICK BANK | 980.09 | 0.00 | 0.00 | 0.00 |
| | Acct: 1813 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 492.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 8229 | | | | |
| | QUANTUM3 GROUP LLC - AGENT GENES | 306.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 3328 | | | | |
| | MIDLAND FUNDING LLC | 877.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 9441 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 1,870.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 3190 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 108.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9449 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 20-10747 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\* N O N E \*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 49,414.23 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 11,512.15 |
| SECURED | 68,173.57 |
| UNSECURED | 13.452.91 |

Date: 10/03/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com